# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5314**  	 September Term, 2025

1:25-cv-00887-RCL

Filed On: November 18, 2025 [2145983]

Michael Abramowitz, in his official capacity as Director of Voice of America, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, et al.,

    Appellants

## O R D E R

Upon consideration of the joint motion for extension of the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | January 15, 2026 |
| Appendix | January 15, 2026 |
| Appellees' Brief | February 27, 2026 |
| Appellants' Reply Brief | March 20, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk