# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5314**  September Term, 2025

1:25-cv-00887-RCL

Filed On: March 16, 2026 [2163852]

Michael Abramowitz, in his official capacity as Director of Voice of America, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, et al.,

    Appellants

## O R D E R

Upon consideration of appellants' corrected motion for extension of time to file the reply brief, it is

**ORDERED** that appellants' reply brief is now due April 3, 2026.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk