# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5314**                                                    **September Term, 2025**

**1:25-cv-00887-RCL**

**Filed On: April 13, 2026** [2168320]

Michael Abramowitz, in his official capacity
as Director of Voice of America, et al.,

        Appellees

    v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the United
States Agency for Global Media, et al.,

        Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for April 23, 2026, at 9:30 A.M.:

|   |   |   |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes |

One counsel per side to argue.  The panel considering this case will consist of Chief Judge Srinivasan, and Circuit Judges Pillard and Pan.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 15, 2026.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)